STATE of Missouri, Respondent,

v.

William A. BUNDY, Appellant.

William BUNDY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48398, WD 50803.

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 27, 1996.

Elizabeth Unger Carlyle, Lee's Summit,
for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas
City, for respondent.

Before FENNER, C.J., P.J., and
SPINDEN and SMITH, JJ.

*ORDER*

PER CURIAM.

Consolidated appeals from conviction, after
jury trial, of four counts of delivery of a
controlled substance, § 195.211, RSMo 1994;
sentence of 25 years as prior offender,
§ 558.019, RSMo 1994, and the denial of his
Rule 29.15 motion.

Judgment affirmed. Rule 84.16(b) and
30.25(b).